**No. 25-1075**                          **September Term, 2024**

**EPA-89FR106479**

**Filed On: February 28, 2025** [2103259]

National Association of Chemical
Distributors, d/b/a Alliance for Chemical
Distribution, et al.,

        Petitioners

    v.

Environmental Protection Agency,

        Respondent

# O R D E R

The petition for review in this case was filed and docketed on February 24, 2025, and assigned the above number. It is, on the court's own motion,

**ORDERED** that petitioners submit the documents listed below by the dates indicated.

| | |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | March 31, 2025 |
| Docketing Statement Form | March 31, 2025 |
| Procedural Motions, if any | March 31, 2025 |
| Statement of Intent to Utilize Deferred Joint Appendix | March 31, 2025 |
| Statement of Issues to be Raised | March 31, 2025 |
| Underlying Decision from Which Appeal or Petition Arises | March 31, 2025 |
| Dispositive Motions, if any | April 14, 2025 |

It is

**FURTHER ORDERED** that respondent submit the documents listed below by the dates indicated.

# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**
_____

**No. 25-1075**                                              **September Term, 2024**

| | |
|---|---|
| Entry of Appearance Form (Attorneys Only) | March 31, 2025 |
| Procedural Motions, if any | March 31, 2025 |
| Certified Index to the Record | April 14, 2025 |
| Dispositive Motions, if any | April 14, 2025 |

It is

     **FURTHER ORDERED** that briefing in this case be deferred pending further order of the court.

     The Clerk is directed to transmit to respondent a copy of this order and a copy of the petition for review.

                         **FOR THE COURT:**
                         Clifton B. Cislak, Clerk

           BY:    /s/
                     Lynda M. Flippin
                     Deputy Clerk

The following forms and notices are available on the Court's website:

     Agency Docketing Statement Form
     Entry of Appearance Form
     Request to Enter Appellate Mediation Program (Optional)
     Notice Concerning Expedition of Appeals and Petitions for Review
     Stipulation to be Placed in Stand-By Pool of Cases (Optional)